UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES RYAN, DAVID ALLEN and RONALD SHERMAN, on Behalf of Themselves and All Others Similarly Situated,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br><br>WILLIAM WALTON, JOHN FIRESTONE, ANTHONY GARCIA, LAWRENCE HEBERT, LAURA VAN ROIJEN, BROOKS BROWNE, ALEX POLLOCK, MARC RACICOT, ANN BATES, EDWARD MATHIAS, ROBERT LONG, JOAN SWEENEY, ALLIED CAPITAL CORPORATION, ARES CAPITAL CORPORATION and ARCC ODYSSEY CORP.<br>　　　　　　　　Defendants. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | No: 1:10-CV-00145-RMC<br><br>**DECLARATION OF IAN MATYJEWICZ** |

　　　1.　　I am an attorney licensed and in good standing in the State of Illinois and the State of Wisconsin. I am an associate with the law firm of Levi & Korsinsky, LLP, attorneys for Plaintiffs. I make this declaration in support of Plaintiffs' Motion for a preliminary injunction and expedited discovery.

　　　2.　　The Plaintiffs in the above-captioned matter are current stock holders of Allied Capital Corporation ("Allied").

　　　3.　　That attached as Exhibit 1 is a true and accurate copy of the affidavit of Mary O'Connor, ASA, MRICS, Partner and Director of Valuation Services of RGL Forensics.

　　　4.　　That attached as Exhibit 2 is a true and correct copy of the Form N-14 Registration Statement and Joint Proxy filed by Ares Capital Corporation ("Ares") with the SEC on December 16, 2009.

5. That attached as Exhibit 3 is a true and correct copy of the Form 8-K filed by Allied with the SEC on January 19, 2010.

6. That attached as Exhibit 4 is a true and correct copy of the press release filed by Prospect Capital Corporation on January 20, 2010.

7. That attached as Exhibit 5 is a true and correct copy of the Form N-14 Registration Statement and Joint Proxy filed by Ares with the SEC on January 26, 2010.

8. That attached as Exhibit 6 is a true and correct copy of the Form 8-K filed by Prospect Capital Corporation with the SEC on January 26, 2010.

I declare penalty of perjury under the laws of the District of Columbia that the aforementioned is true and correct.

Date: January 26, 2010.

Ian T. Matyjewicz