UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES RYAN, DAVID ALLEN and RONALD SHERMAN, on Behalf of Themselves and All Others Similarly Situated,<br>　　　　　　　Plaintiffs,<br>　　v.<br><br>WILLIAM WALTON, JOHN FIRESTONE, ANTHONY GARCIA, LAWRENCE HEBERT, LAURA VAN ROIJEN, BROOKS BROWNE, ALEX POLLOCK, MARC RACICOT, ANN BATES, EDWARD MATHIAS, ROBERT LONG, JOAN SWEENEY, ALLIED CAPITAL CORPORATION, ARES CAPITAL CORPORATION and ARCC ODYSSEY CORP.<br>　　　　　　　Defendants. | : : : : : : : : : : : | Civil Action No. 1:10-CV-00145 (RMC)<br><br>**DECLARATION OF IAN MATYJEWICZ** |

1.　　I am an attorney licensed and in good standing in the State of Illinois and the State of Wisconsin. I am an associate with the law firm of Levi & Korsinsky, LLP, attorneys for Plaintiffs. I make this declaration in support of Plaintiffs' Reply In Support of their Motion for a Preliminary Injunction.

2.　　That attached as Exhibit 1 is a true and correct copy of the Form 8-K filed by Allied Capital Corporation ("Allied") with the Securities and Exchange Commission ("SEC") on February 3, 2010.

3.　　That attached as Exhibit 2 is a true and correct copy of the Form 8-K filed by Prospect Capital Corporation with the SEC on February 9, 2010.

4.　　That attached as Exhibit 3 is a true and correct copy of the Form 8-K filed by Allied with the SEC on February 11, 2010.

2

I declare penalty of perjury under the laws of the District of Columbia that the aforementioned is true and correct.

Date: February 16, 2010.

Ian T. Matyjewicz