# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES RYAN, DAVID ALLEN and RONALD SHERMAN, et al, | : <br> :    No: 1:10-CV-00145-RMC <br> : |
| Plaintiffs, | **STIPULATION AND ORDER** |
| v. | : |
| WILLIAM WALTON, JOHN FIRESTONE, ANTHONY GARCIA, LAWRENCE HERBERT, LAURA VAN ROIJEN, BROOKS BROWNE, ALEX POLLOCK, MARC RACICOT, ANN BATES, EDWARD MATHIAS, ROBERT LONG, JOAN SWEENEY, ALLIED CAPITAL CORPORATION, ARES CAPITAL CORPORATION and ARCC ODYSSEY CORP., | : <br> : |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel and subject to the approval of the Court that:

WHEREAS on March 22, 2010, this Court ordered that this action be stayed in contemplation of a dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) once a settlement of the action pending in the Circuit Court for Montgomery County before the Honorable Michael Mason ("Judge Mason") captioned *In re Allied Capital Corporation Shareholder Litigation*, Case No. 322639V (the "Maryland Action") received final approval;

WHEREAS on July 29, 2010 in the Circuit Court for Montgomery County, Judge Mason granted final approval of the settlement in the Maryland Action as demonstrated by the order attached hereto as Exhibit 1;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that this action, and all proceedings herein, shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated:   August 3, 2010

*/s/ Donald Enright*
Donald Enright
Michael G. McLellan
FINKELSTEIN THOMPSON LLP
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*/s/ Joseph Levi*
Joseph Levi
LEVI & KORSINSKY, LLP
30 Broad Street, 15th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiffs*

*/s/ Thomas F. Connell*
Thomas F. Connell
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Allied Capital*
*Corporation and William L. Walton, John M.*
*Scheurer, Joan M. Sweeney, Robert E. Long,*
*Ann Torre Bates, Brooks H. Browne, John D.*
*Firestone, Anthony T. Garcia, Lawrence I.*
*Hebert, Robert E. Long, Edward J. Mathias,*
*Alex J. Pollock, Marc F. Racicot, and Laura W. van Roijen*

*/s/ Margaret A. Dale*
Margaret A. Dale (admitted *pro hac vice*)
Sarah S. Gold (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
***Attorneys for Defendants Ares Capital***
***Corporation and ARCC Odyssey Corp.***

SO ORDERED.

_____
ROSEMARY M. COLLYER
United States District Judge

Dated: _____, 2010

# **CERTIFICATE OF SERVICE**

I, Elizabeth Tripodi, hereby certify that on this 3rd day of August, 2010, copies of the foregoing Stipulation and Order were sent via email to the following:

Thomas F. Connell
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendants Allied Capital Corporation and William L. Walton, John M. Scheurer, Joan M. Sweeney, Robert E. Long, Ann Torre Bates, Brooks H. Browne, John D. Firestone, Anthony T. Garcia, Lawrence I. Hebert, Robert E. Long, Edward J. Mathias, Alex J. Pollock, Marc F. Racicot, and Laura W. van Roijen*

Margaret A. Dale
Sarah S. Gold PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Attorneys for Defendants Ares Capital Corporation and ARCC Odyssey Corp.*

*/s/ Elizabeth Tripodi*
Elizabeth Tripodi